## R.G. ROSS CONSTRUCTION CO., Appellant,

v.

## G.J. GREWE, INC.

and

## Kenrick Developers Investment Inc., Respondents.

### ED 103152

Missouri Court of Appeals, Eastern District, *DIVISION TWO*.

Filed: April 5, 2016

Motion for Rehearing and/or Transfer to Supreme Court Denied May 11, 2016

Application for Transfer Denied June 28, 2016

Richard J. Magee, 8000 Maryland Avenue, Suite 900, St. Louis, MO 63105, for appellant.

Kevin M. Cushing, Teresa Dale Pupillo, Erin M. Edelman, 120 S Central Avenue, Suite 1800, St. Louis, MO 63105, for respondents.

Before: Philip M. Hess, P.J., Gary M. Gaertner, Jr., J., and Angela T. Quigless, J.

## ORDER

PER CURIAM.

Appellant R.G. Ross Construction Co., Inc. (Ross) appeals the judgment in favor of G.J. Grewe, Inc. (Grewe) and Kenrick Developers Investment, Inc., in Ross' action to recover monies Ross claimed it spent in performing preconstruction services on a development project. The trial court determined that a valid settlement agreement existed and entered a judgment enforcing the settlement. We have reviewed the briefs of the parties and the record on appeal, and we conclude the motion court did not clearly err in denying Movant's motion. An extended opinion would have no precedential value. The parties have been provided with a memorandum for their information only, setting forth the reasons for this order. The decision is affirmed. Mo. R. Civ. P. 84.16(b) (2015).